Kevin A. Lipeles (Bar No. 244 275)
Thomas H. Schelly (Bar No. 217 285)
LIPELES LAW GROUP, APC
880 Apollo Street, Suite 336
El Segundo, California 90245
Telephone: (310) 322-2211
Fax: (310) 322-2252

*Attorneys for Plaintiff,*
JACK LIPELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK LIPELES, an individual on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC., dba UNITED AIRLINES, an Illinois Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07143-KK-MAA<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Assigned to:   Hon. Kenly Kiya Kato<br>                   Hon. Maria A. Audero<br><br>Complaint filed: August 29, 2023 |

## **STIPULATION OF DISMISSAL**

Plaintiff Jack Lipeles and Defendant United Airlines, Inc. (together, the "Parties"), by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

By agreement of the Parties, being all of the parties in the case, this action is dismissed with prejudice, with the Parties to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: May 20, 2024   Respectfully submitted,

LIPELES LAW GROUP, APC

By: */s/ Kevin A. Lipeles*
Kevin A. Lipeles
Thomas H. Schelly
Attorneys for Plaintiff
JACK LIPELES

DATED: May 16, 2024   RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Joshua L. Roquemore*
SONDRA A. HEMERYCK (*pro hac vice*)
ELI J. LITOFF (*pro hac vice*)
JOSHUA L. ROQUEMORE

*Counsel for United Airlines, Inc.*

## **ATTESTATION**

I, Kevin A. Lipeles, hereby attest, pursuant to L.R. 5-4.3.4, that concurrence to the content of and filing of this document has been obtained from each signatory hereto.

Dated: May 20, 2024   By: */s/ Kevin A. Lipeles*
Kevin A. Lipeles